ROBERT RUSSELL DREW
340 Channing Way APT 158
San Rafael, CA 94903
TELE.: 848-218-2227
DREW3489@GMAIL.COM
PRO SE PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT RUSSELL DREW, an Individual, <br>       Plaintiff, <br><br> V. <br><br> Lexington Consumer Advocacy LLC, <br><br>       Defendant. | Case: 3:16-ms-00011 <br><br> Judge: <br><br> **REGISTRATION OF JUDGEMENT** |

## Nature of Action:
### Registration of Foreign Judgment Pursuant to 28 U.S. Code § 1963

1. COMES NOW BEFORE THIS COURT, (PRO SE) Plaintiff, Robert Russell Drew, and for his Action requests as follows:

2. Pursuant to 28 U.S. Code § 1963, Plaintiff moves this court to docket and register the foreign final judgment (3:16-cv-00200) originating from the Federal Court Northern district of California.

3. Plaintiff has included with this Notice;
   a. AO 451 (Originating Courts Certification of judgment.)
   b. Final Judgment Decree.
   c. Acceptance of the preceding Magistrate Judges Report and Recommendation
   d. Ex-parte motion for ECF filing and proposed order.
   e. Court fee for filing (Miscellaneous Action)

Humbly Requested and Respectfully Submitted

///SIGNED///
ROBERT RUSSELL DREW

ROBERT RUSSELL DREW
(PRO SE) plaintiff
340 Channing Way
Apt 158
San Rafael, CA. 94903
Email: Drew3489@gmail.com

///NOTHING FOLLOWS///