1  Name: Robert R Drew
2  Address: 340 Channing Way
   San Rafael, CA, 94903
3  Phone Number: 8482182227
4  E-mail Address: drew3489@gmail.com
5  Pro Se

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 24 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

Robert R Drew

         Plaintiff,

vs.

Lexington Consumer Advocacy

         Defendant.

Case Number: 3:16-cv-00653-HDM-WGC
ORDER GRANTING
**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge _____

As the (Plaintiff/~~Defendant~~) Robert Drew in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   - [✔] A computer with internet access;
   - [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✔] A scanner to convert documents that are only in paper format into electronic files;
   - [✔] A printer or copier to create to create required paper copies such as chambers copies;
   - [✔] A word-processing program to create documents; and
   - [✔] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 10/18/16              Signature: /s/ Robert Drew

Name: Robert Drew

Address: 340 Channing Way

San Rafael, CA, 94903

Phone Number: 8482182227

E-mail Address: drew3489@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| Robert Drew | ) Case Number: _____ |
|---|---|
| | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| | ) **MOTION FOR PERMISSION FOR** |
| Plaintiff, | ) **ELECTRONIC CASE FILING** |
| | ) |
| vs. | ) DATE: |
| Lexington Consumer Advocacy | ) TIME: |
| | ) COURTROOM: |
| | ) JUDGE: |
| | ) |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: December 8, 2016

_Howard D. McKibben_

UNITED STATES DISTRICT JUDGE